IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE E. THOMAS                                                                                   PETITIONER
ADC #68971

V.                                        NO. 5:09cv00064 SWW

LARRY NORRIS, Director,                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 2) is hereby denied as untimely. Judgment shall be entered dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 17th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE